IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF | § | No. 181, 2015 |
| BERNARD BRAGER | § | Board Case No. 112013-B |

Submitted: June 24, 2015
Decided: July 13, 2015

Before **HOLLAND, VALIHURA**, and **VAUGHN,** Justices.

### O R D E R

This 13th day of July, 2014, it appears that:

(1)    The Board on Professional Responsibility filed its Report and Recommendation with this Court on April 14, 2015.

(2)    The Board found that the Respondent violated Delaware Rule of Conduct 5.5(b)(1), the unauthorized practice of law, by establishing a systematic and continuous legal presence in Delaware and the Board recommends a sanction of public reprimand.

(3)    The Respondent asks this Court to accept the Board's Report and Recommendation and impose a public reprimand.  The Office of Disciplinary Counsel objects to the Board's recommendation and requests the imposition of a suspension.

(4)    We do not decide the merits of the Board's factual finding that the Respondent violated Delaware Rule of Conduct 5.5(b)(1) and, instead, rely upon

the Respondent's acceptance of that factual determination by the Board. Under the circumstances presented, we have concluded that a public reprimand is the appropriate sanction.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Respondent, Bernard Brager, is publicly reprimanded for his admitted violation of Delaware Rule of Conduct Rule 5.5(b)(1).

BY THE COURT:

_____
Justice